**FILED**

# United States District Court

## District of ~~Maryland~~

UNITED STATES OF AMERICA

v.

THEODORE R. TERRELL

**WARRANT FOR ARREST**

JUL 0 2 2008

RECEIVED
U.S. MARSHAL
BALTIMORE MD

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2008 APR -4 A 10: 35

**08 - 420 - M - 01**

Case No. CCB-08-0157

TO:    The United States Marshal and any
Authorized United States Officer

7 0 0 2 1 - 0 0 7

YOU ARE HEREBY COMMANDED to arrest ____ THEODORE R. TERRELL ____

*Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with *(brief description of offense)*:Conspiracy to Commit Mail Fraud; Mail Fraud; Forgery of Endorsement on Treasury Checks; Aggravated Identity Theft; Aiding & Abetting

in violation of Title ____ 18 ____ United States Code, Section(s) 1349,1341,510,1028A(a)(1),2

____ Felicia C. Cannon ____
Name of Issuing Officer

*Agnes M. Finney*
(By) Deputy Clerk

____ Clerk, U.S. District Court ____
Title of Issuing Officer

____ April 4, 2008    Baltimore, MD ____
Date and Location

Bail fixed at $ __ NONE RECOMMENDED ____

by __ Paul W Grimm, U.S. Magistrate Judge ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received  7/2/08 | Name and Title of ~~Arresting~~ *Receiving* Officer  DUSM Julie Carrillo | Signature of ~~Arresting~~ *Receiving* Officer  Julie Carrillo |
| Date of Arrest  7/2/08 | | |

U.S DISTRICT COURT (Rev 12/1999) - Bench Warrant

**FILED**

JUL 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND        08 - 4 2 0 - M - 0 1

FILED
U.S. DISTRICT COURT

2008 APR -3 P 5:19

CLERK'S OFFICE
AT BALTIMORE

BY_____

UNITED STATES OF AMERICA        CRIMINAL NO. CCB-08-0157

v.

THEODORE R. TERRELL
            Defendant

\* Conspiracy to Commit Mail
\* Fraud, 18 U.S.C. §1349; Mail Fraud 18
\* U.S.C. §1341; Forgery of Endorsement
\* on Treasury Checks, 18 U.S.C. §510;
\* Aggravated Identity Theft,
\* 18 U.S.C. §1028A(a)(1) & (c)(5);
\*\*\*\*\*\*\* Aiding and Abetting, 18 U.S.C. §2

MS. CLERK:

Please issue a Bench Warrant for the arrest of the above-named defendant, who is

charged by Indictment with violation of Title 18, United States Code, Sections 1349, 1341, 510,

1028A(a)(1) & (c)(5), and 2 and who may currently reside in Washington, DC.

Rod J. Rosenstein
United States Attorney

By _____
Tamera L. Fine
Assistant United States Attorney

ORDER

It is this _____ day of April 2008, hereby

ORDERED, that a Bench Warrant be issued for the arrest of the above-named defendant

as prayed

_____
Susan K. Gauvey
United States Magistrate Judge
U.S. District Court for the
District of Maryland

April 4, 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____